IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANONYMOUS MEDIA RESEARCH HOLDINGS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§  CASE NO. 2:23-CV-00439-JRG-RSP<br>§<br>§<br>§<br>§<br>§ |

# ORDER

Samsung Electronics America, Inc., and Samsung Electronics Co., Ltd. (collectively, "Defendants") previously filed a Motion for Summary Judgment of Invalidity Under 35 U.S.C. §101 ("Invalidity Motion"). (Dkt. No. 127.) Anonymous Research Holdings, LLC ("Plaintiff") previously filed a Motion for Summary Judgment of Validity Under 35 U.S.C. §101 ("Validity Motion"). (Dkt. No. 130.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 229), recommending denial of Defendants' Invalidity Motion, and grant of Plaintiff's Validity Motion. Defendants have now filed Objections (Dkt. No. 232.)

After conducting a *de novo* review of the briefing on both the Invalidity Motion and Validity Motion, the Report and Recommendation, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants'

Objections and **ADOPTS** the Report and Recommendation and orders that the Defendants' Invalidity Motion (Dkt. No. 127) is **DENIED** and Plaintiff's Validity Motion (Dkt. No. 130) is **GRANTED**.

    **So ORDERED and SIGNED this 18th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE