# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ANONYMOUS MEDIA RESEARCH HOLDINGS, LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:23-CV-00439-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD., | § § § § | |
| *Defendants*. | § § | |

## ORDER

Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively, "Defendants") previously filed a Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 10,719,849 ("Motion"). (Dkt. No. 125.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 225), recommending denial of Defendants' Motion. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion (Dkt. No. 125) is **DENIED**.

So ORDERED and SIGNED this 18th day of September, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE