# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANONYMOUS MEDIA RESEARCH HOLDINGS, LLC § § § | |
| v. § | Case No. 2:23-cv-00439-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., *et al* § § § | |

## MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### September 22, 2025

**OPEN:** 09:21 AM                               **ADJOURN:** 06:12 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Richard (Chipper) Adams<br>Hannah Keidan<br>Tariq Ausaf |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:21 AM | Court opened. |
| 09:22 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:35 AM | Court called for announcements from the parties. |
| 09:37 AM | Court continued by providing case information and preliminary instructions to Jury Pool. |
| 09:48 AM | Introduction of prospective Jurors. |
| 10:13 AM | Court provided additional instructions to Jury Pool. |
| 10:16 AM | Plaintiff's *voir dire* by Ms. Fair. |
| 10:47 AM | Defendants' *voir dire* Mr. Underwood. |
| 11:16 AM | Bench conference with counsel re: challenges for cause. |
| 11:18 AM | Bench conference concluded. |
| 11:18 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:20 AM | Remainder of Jury Pool recessed for break. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:22 AM | Counsel approached bench. |
| 11:22 AM | Strike conference began with specifically named juror(s). |
| 11:30 AM | Strike conference concluded. Attorneys excused to exercise strikes. |
| 11:30 AM | Recess. |
| 11:55 AM | Court reconvened. |
| 11:55 AM | Instructions given by the Court. Jurors selected and sworn. |
| 12:00 PM | Remainder of Jury Pool excused. |
| 12:01 PM | Additional instructions given by the Court. |
| 12:20 PM | Jury recessed for lunch. |
| 12:21 PM | Court noted the recent filing of Dkt. Nos. 255 and 256 and made rulings as set forth in the record. |
| 12:22 PM | Recess. |
| 01:13 PM | Court reconvened. |
| 01:13 PM | Jury returned to courtroom. |
| 01:14 PM | Court gave preliminary instructions to Jury. |
| 01:50 PM | Notebooks provided to Jury. |
| 01:50 PM | Continuation of Court's preliminary instructions to Jury. |
| 01:57 PM | Plaintiff's opening statement by Mr. McManis. |
| 02:17 PM | **Courtroom sealed**. |
| 02:18 PM | Continuation Plaintiff's opening statement by Mr. McManis. |
| 02:23 PM | **Courtroom unsealed**. |
| 02:23 PM | Continuation Plaintiff's opening statement by Mr. McManis. |
| 02:28 PM | Defendants' opening statement by Mr. Unikel. |
| 02:58 PM | Opening statements concluded. |
| 02:58 PM | Rule invoked. |
| 02:59 PM | Jury recessed for break. |
| 02:59 PM | Recess. |
| 03:14 PM | Court reconvened. |
| 03:14 PM | Court took up certain matters presented on behalf of the parties. |
| 03:22 PM | Jury returned to courtroom. |
| 03:23 PM | Plaintiff's case-in-chief: |
| 03:23 PM | Witness sworn. |
| 03:23 PM | Direct examination of Mr. Christopher Otto by Mr. McCarty. |
| 04:37 PM | Bench conference. |
| 04:40 PM | Bench conference concluded. |
| 04:40 PM | Continuation direct examination of Mr. Christopher Otto by Mr. McCarty. |
| 04:44 PM | Cross examination of Mr. Christopher Otto by Mr. Unikel. |
| 05:12 PM | Bench conference. |
| 05:16 PM | Bench conference concluded. |
| 05:16 PM | Continuation cross examination of Mr. Christopher Otto by Mr. Unikel. |
| 05:54 PM | Redirect examination of Mr. Christopher Otto by Mr. McCarty. |
| 06:05 PM | Recross examination of Mr. Christopher Otto by Mr. Unikel. |
| 06:07 PM | Completion of testimony of Mr. Christopher Otto. |
| 06:07 PM | Court instructions to the Jury. |

| TIME | MINUTE ENTRY |
|---|---|
| 06:08 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 06:09 PM | Court addressed previous overnight dispute re: deposition designations. |
| 06:10 PM | Court reminded the parties of their meet and confer obligations. Court will be available by 7:30 tomorrow morning to take up any additional overnight disputes. |
| 06:11 PM | Discussion with Plaintiff's counsel re: use of witness exhibit and placement during testimony. |
| 06:12 PM | Court adjourned. |