IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANONYMOUS MEDIA RESEARCH HOLDINGS, LLC §§§ | |
| v. § | Case No. 2:23-cv-00439-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., et al §§§§ | |

MINUTES FOR JURY TRIAL DAY NO. 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
September 23, 2025

**OPEN:** 08:32 AM          **ADJOURN:** 06:01 PM

ATTORNEYS FOR PLAINTIFF:        See attached

ATTORNEYS FOR DEFENDANTS:       See attached.

LAW CLERKS:                     Richard (Chipper) Adams
                                Hannah Keidan
                                Tariq Ausaf

COURT REPORTER:                 Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:               Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:32 AM | Court opened. |
| 08:32 AM | Exhibits used prior day read into the record. |
| 08:34 AM | Jury entered the courtroom. |
| 08:35 AM | Continuation Plaintiff's case-in-chief: |
| 08:35 AM | Witness sworn. |
| 08:35 AM | Direct examination of Dr. Jonathan Steuer by Mr. McCarty. |
| 08:59 AM | Cross examination of Dr. Jonathan Steuer by Mr. Unikel. |
| 09:26 AM | Bench conference. |
| 09:30 AM | Bench conference concluded. |
| 09:30 AM | Continuation cross examination of Dr. Jonathan Steuer by Mr. Unikel. |
| 09:47 AM | Bench conference. |
| 09:50 AM | Bench conference concluded. |
| 09:50 AM | Continuation cross examination of Dr. Jonathan Steuer by Mr. Unikel. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:52 AM | Redirect examination of Dr. Jonathan Steuer by Mr. McCarty. |
| 09:57 AM | Completion of testimony of Dr. Jonathan Steuer. |
| 09:58 AM | Jury recessed for break. |
| 09:59 AM | Recess. |
| 10:17 AM | Court reconvened. |
| 10:21 AM | Jury returned to courtroom. |
| 10:21 AM | Mr. Bai introduced the video deposition designation of Mr. Jongmyoung Joh. |
| 10:22 AM | **Courtroom sealed**. |
| 10:40 AM | Video deposition designation of Mr. Jongmyoung Joh concluded. |
| 10:41 AM | Mr. Bai introduced the video deposition designation of Mr. David Chung. |
| 10:48 AM | Video deposition designation of Mr. David Chung concluded. |
| 10:48 AM | **Courtroom unsealed**. |
| 10:49 AM | Witness sworn. |
| 10:49 AM | Bench conference. |
| 10:50 AM | Bench conference concluded. |
| 10:50 AM | Direct examination of Dr. Sam Malek by Mr. McManis. |
| 11:29 AM | **Courtroom sealed**. |
| 11:30 AM | Continuation direct examination of Dr. Sam Malek by Mr. McManis. |
| 12:05 PM | **Courtroom unsealed**. |
| 12:05 PM | Jury recessed for lunch. |
| 12:06 PM | Court directed the submission of a jointly prepared updated final jury instructions and verdict form by 5:00 tomorrow afternoon in Word format and electronically transmitted to Court staff. |
| 12:07 PM | Recess. |
| 12:58 PM | Court reconvened. |
| 12:59 PM | Jury returned to courtroom. |
| 01:00 PM | **Courtroom sealed**. |
| 01:00 PM | Continuation direct examination of Dr. Sam Malek by Mr. McManis. |
| 02:00 PM | Objection raised. |
| 02:00 PM | Jury retired to jury room. |
| 02:00 PM | Court heard argument outside presence of the Jury and made rulings as set forth in the record. |
| 02:02 PM | Jury returned to courtroom. |
| 02:03 PM | Continuation direct examination of Dr. Sam Malek by Mr. McManis. |
| 02:15 PM | **Courtroom unsealed**. |
| 02:16 PM | Cross examination of Dr. Sam Malek by Mr. Kamber. |
| 02:55 PM | Bench conference. |
| 02:57 PM | Bench conference concluded. |
| 02:57 PM | Continuation cross examination of Dr. Sam Malek by Mr. Kamber. |
| 03:05 PM | Bench conference. |
| 03:06 PM | Bench conference concluded. |
| 03:06 PM | Jury recessed for break. |
| 03:07 PM | Recess. |
| 03:23 PM | Court reconvened. |

| TIME | MINUTE ENTRY |
|---|---|
| 03:23 PM | Jury returned to courtroom. |
| 03:24 PM | Redirect examination of Dr. Sam Malek by Mr. McManis. |
| 03:47 PM | Completion of testimony of Dr. Sam Malek. |
| 03:47 PM | Mr. Bai introduced the video deposition designation of Mr. Herve Marcellini. |
| 03:48 PM | **Courtroom sealed**. |
| 04:03 PM | Video deposition designation of Mr. Herve Marcellini concluded. |
| 04:04 PM | **Courtroom unsealed**. |
| 04:04 PM | Witness sworn. |
| 04:05 PM | Direct examination of Mr. Roy Weinstein by Mr. Bai. |
| 04:28 PM | **Courtroom sealed**. |
| 04:29 PM | Continuation direct examination of Mr. Roy Weinstein by Mr. Bai. |
| 05:05 PM | **Courtroom unsealed**. |
| 05:05 PM | Cross examination of Mr. Roy Weinstein by Mr. Underwood. |
| 05:36 PM | **Courtroom sealed**. |
| 05:36 PM | Continuation cross examination of Mr. Roy Weinstein by Mr. Underwood. |
| 05:42 PM | **Courtroom unsealed**. |
| 05:42 PM | Continuation cross examination of Mr. Roy Weinstein by Mr. Underwood. |
| 05:47 PM | Redirect examination of Mr. Roy Weinstein by Mr. Bai. |
| 05:53 PM | Bench conference. |
| 05:56 PM | Bench conference concluded. |
| 05:56 PM | Continuation redirect examination of Mr. Roy Weinstein by Mr. Bai. |
| 05:57 PM | Completion of testimony of Mr. Roy Weinstein. |
| 05:58 PM | Court instructions to the Jury. |
| 05:58 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 05:59 PM | Court reminded the parties of their meet and confer obligations.  Court will be available by 7:30 tomorrow morning to take up any overnight disputes. |
| 06:01 PM | Court adjourned. |