# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANONYMOUS MEDIA RESEARCH HOLDINGS, LLC, §§§§§<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.,<br><br>*Defendants*. | CASE NO. 2:23-CV-00439-JRG-RSP |

## ORDER

Anonymous Research Holdings, LLC ("Plaintiff") previously filed a Motion for Partial Summary Judgment Regarding Seet, Neumeier, and the Audio Patents ("Motion"). (Dkt. No. 129.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 231), recommending denial of Plaintiff's Motion. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Plaintiff's Motion (Dkt. No. 129) is **DENIED**.

So ORDERED and SIGNED this 24th day of September, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE