# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ANONYMOUS MEDIA RESEARCH HOLDINGS, LLC | § § § | |
| v. | § § | Case No. 2:23-cv-00439-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., et al | § § § | |

## MINUTES FOR JURY TRIAL DAY NO. 3
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### September 24, 2025

**OPEN:** 08:26 AM   **ADJOURN:** 05:50 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Richard (Chipper) Adams<br>Hannah Keidan<br>Tariq Ausaf |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:26 AM | Court opened. |
| 08:26 AM | Exhibits used prior day read into the record. |
| 08:28 AM | Jury entered the courtroom. |
| 08:29 AM | Continuation Plaintiff's case-in-chief: |
| 08:29 AM | Court provided explanation to Jury re: use of an adverse witness. |
| 08:31 AM | Witness sworn. (Interpreter, Ms. Heejoo Ham previously sworn.) |
| 08:32 AM | Direct examination by Mr. McCarty of Mr. Jonsung Roh (adverse witness) with aid of interpreter. |
| 08:50 AM | **Courtroom sealed**. |
| 08:51 AM | Continuation direct examination of Mr. Jonsung Roh (adverse witness) with aid of interpreter. |
| 09:18 AM | **Courtroom unsealed**. |
| 09:19 AM | Cross examination by Mr. Underwood of Mr. Jonsung Roh (adverse witness) with aid of interpreter. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:42 AM | **Courtroom sealed**. |
| 09:42 AM | Continuation cross examination of Mr. Jonsung Roh (adverse witness) with aid of interpreter. |
| 09:55 AM | Redirect examination by Mr. McCarty of Mr. Jonsung Roh (adverse witness) with aid of interpreter. |
| 09:57 AM | Bench conference. |
| 10:01 AM | Bench conference concluded. |
| 10:01 AM | Continuation redirect examination of Mr. Jonsung Roh (adverse witness) with aid of interpreter. |
| 10:05 AM | Recross examination by Mr. Underwood of Mr. Jonsung Roh (adverse witness) with aid of interpreter). |
| 10:06 AM | **Courtroom unsealed**. |
| 10:06 AM | Completion of testimony of Mr. Jonsung Roh. |
| 10:06 AM | Jury recessed for break. |
| 10:08 AM | Recess. |
| 10:32 AM | Court reconvened. |
| 10:32 AM | Jury returned to courtroom. |
| 10:33 AM | Plaintiff rested its case-in-chief. |
| 10:33 AM | Defendants' case-in-chief: |
| 10:33 AM | Witness sworn. |
| 10:33 AM | Court provided explanation to the Jury re: testimony of live witness who previously testified by video deposition. |
| 10:35 AM | Direct examination by Ms. Bratton of Mr. Jongmyoung Joh with aid of interpreter. |
| 10:44 AM | **Courtroom sealed**. |
| 10:45 AM | Continuation direct examination of Mr. Jongmyoung Joh with aid of interpreter. |
| 10:57 AM | Due to technical difficulties, Jury retired to jury room. |
| 10:57 AM | Off the record. |
| 11:01 AM | On the record. |
| 11:01 AM | Jury returned to courtroom. |
| 11:02 AM | Continuation direct examination of Mr. Jongmyoung Joh with aid of interpreter. |
| 11:32 AM | **Courtroom unsealed**. |
| 11:32 AM | Cross examination by Ms. Fair of Mr. Jongmyoung Joh with aid of interpreter. |
| 12:00 PM | Bench conference. |
| 12:02 PM | Bench conference concluded. |
| 12:02 PM | Continuation cross examination of Mr. Jongmyoung Joh with aid of interpreter. |
| 12:06 PM | **Courtroom sealed**. |
| 12:06 PM | Continuation cross examination of Mr. Jongmyoung Joh with aid of interpreter. |
| 12:09 PM | Bench conference. |
| 12:10 PM | Bench conference concluded. |
| 12:10 PM | Continuation cross examination of Mr. Jongmyoung Joh with aid of interpreter. |
| 12:14 PM | **Courtroom unsealed**. |
| 12:14 PM | Continuation cross examination of Mr. Jongmyoung Joh with aid of interpreter. |
| 12:14 PM | Redirect examination by Ms. Bratton of Mr. Jongmyoung Joh with aid of interpreter. |
| 12:16 PM | Completion of testimony of Mr. Jongmyoung Joh. |

| TIME | MINUTE ENTRY |
|---|---|
| 12:17 PM | Jury recessed for lunch break. |
| 12:17 PM | Recess. |
| 01:08 PM | Court reconvened. |
| 01:08 PM | Jury returned to courtroom. |
| 01:09 PM | Witness sworn. |
| 01:10 PM | Direct examination by Mr. Kamber of Dr. Ben Bederson. |
| 01:33 PM | Bench conference. |
| 01:35 PM | Bench conference concluded. |
| 01:35 PM | Continuation direct examination of Dr. Ben Bederson. |
| 02:02 PM | Bench conference. |
| 02:02 PM | Bench conference concluded. |
| 02:02 PM | Continuation direct examination of Dr. Ben Bederson. |
| 02:54 PM | Jury recessed for break. |
| 02:54 PM | Recess. |
| 03:07 PM | Court reconvened. |
| 03:07 PM | Jury returned to courtroom. |
| 03:08 PM | Continuation direct examination of Dr. Ben Bederson. |
| 03:24 PM | **Courtroom sealed**. |
| 03:24 PM | Continuation direct examination of Dr. Ben Bederson. |
| 03:31 PM | **Courtroom unsealed**. |
| 03:32 PM | Continuation direct examination of Dr. Ben Bederson. |
| 03:51 PM | Cross examination by Mr. McManis of Dr. Ben Bederson. |
| 04:08 PM | **Courtroom sealed**. |
| 04:09 PM | Continuation cross examination of Dr. Ben Bederson. |
| 04:11 PM | **Courtroom unsealed**. |
| 04:11 PM | Continuation cross examination of Dr. Ben Bederson. |
| 04:19 PM | **Courtroom sealed**. |
| 04:19 PM | Continuation cross examination of Dr. Ben Bederson. |
| 04:27 PM | **Courtroom unsealed**. |
| 04:27 PM | Continuation cross examination of Dr. Ben Bederson. |
| 05:08 PM | Redirect examination by Mr. Kamber of Dr. Ben Bederson. |
| 05:10 PM | **Courtroom sealed**. |
| 05:11 PM | Continuation redirect examination of Dr. Ben Bederson. |
| 05:15 PM | Objection raised. |
| 05:15 PM | Jury retired to jury room. |
| 05:16 PM | Objection withdrawn. |
| 05:17 PM | Jury returned to courtroom. |
| 05:18 PM | Continuation redirect examination of Dr. Ben Bederson. |
| 05:19 PM | **Courtroom unsealed**. |
| 05:20 PM | Continuation redirect examination of Dr. Ben Bederson. |
| 05:22 PM | Recross examination by Mr. McManis of Dr. Ben Bederson. |
| 05:23 PM | **Courtroom sealed**. |
| 05:23 PM | Continuation recross examination of Dr. Ben Bederson. |
| 05:25 PM | **Courtroom unsealed**. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:25 PM | Completion of testimony of Dr. Ben Bederson. |
| 05:26 PM | Witness sworn. |
| 05:27 PM | Direct examination by Ms. Bratton of Mr. Junpil Hwang with aid of interpreter. |
| 05:39 PM | Cross examination by Mr. Bai of Mr. Junpil Hwang with aid of interpreter. |
| 05:46 PM | Redirect examination by Ms. Bratton of Mr. Junpil Hwang with aid of interpreter. |
| 05:47 PM | Completion of testimony of Mr. Junpil Hwang. |
| 05:48 PM | Court instructions to the Jury. |
| 05:49 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 05:50 PM | Court adjourned. |