# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANONYMOUS MEDIA RESEARCH HOLDINGS, LLC § § § | |
| v. § | Case No. 2:23-cv-00439-JRG-RSP |
| § § | |
| SAMSUNG ELECTRONICS CO., LTD., et al § § | |

## MINUTES FOR JURY TRIAL DAY NO. 4
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### September 25, 2025

**OPEN:** 08:22 AM                                                      **ADJOURN:** 04:06 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Richard (Chipper) Adams<br>Hannah Keidan<br>Tariq Ausaf |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:22 AM | Court opened. |
| 08:22 AM | Exhibits used prior day read into the record. |
| 08:24 AM | Jury entered the courtroom. |
| 08:24 AM | Continuation Defendants' case-in-chief: |
| 08:25 AM | Mr. Unikel introduced the video deposition designation of Mr. Nicholas Seet. |
| 09:41 AM | Video deposition designation of Mr. Nicholas Seet concluded. |
| 09:42 AM | Mr. Unikel introduced the video deposition designation of Mr. Leo Hoarty (adverse witness). |
| 10:26 AM | Video deposition designation of Mr. Leo Hoarty (adverse witness) concluded. |
| 10:26 AM | Jury recessed for break. |
| 10:26 AM | Recess. |
| 10:49 AM | Court reconvened. |
| 10:50 AM | Jury returned to courtroom. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:50 AM | Witness sworn. |
| 10:51 AM | Direct examination by Mr. Underwood of Mr. Doug Kidder. |
| 11:20 AM | Cross examination by Ms. Fair of Mr. Doug Kidder. |
| 11:48 AM | Redirect examination of Mr. Doug Kidder. |
| 11:56 AM | Recross examination of Mr. Doug Kidder. |
| 12:00 PM | Additional redirect examination of Mr. Doug Kidder. |
| 12:03 PM | Completion of testimony of Mr. Doug Kidder. |
| 12:03 PM | Defendants rested their case-in-chief. |
| 12:03 PM | Plaintiff offered no rebuttal witnesses. |
| 12:04 PM | Both sides rested. |
| 12:04 PM | Court provided instructions to the Jury. |
| 12:06 PM | Jury excused for the reminder of the day to return tomorrow at 8:30 AM. |
| 12:07 PM | Court will take up Rule 50(a) motions following recess. |
| 12:10 PM | Recess. |
| 12:51 PM | Court reconvened. |
| 12:51 PM | Court took up Rule 50(a) motions. |
| 12:52 PM | Court provided instruction to the parties re: hearing on Rule 50(a) motions. |
| 12:55 PM | Court began hearing argument on Rule 50(a) motions. |
| 01:11 PM | Argument concluded. |
| 01:11 PM | Court made rulings as set forth in the record. |
| 01:16 PM | Completion of hearing re: Rule 50(a) motions. |
| 01:16 PM | Court to recess and reconvene to conduct informal charge conference (off the record) in chambers. |
| 01:17 PM | Recess. |
| 03:45 PM | Court reconvened. |
| 03:47 PM | Court provided instructions. |
| 03:48 PM | Formal charge conference started. |
| 04:05 PM | Formal charge conference completed. |
| 04:06 PM | Court adjourned. |