**2:23-cv-00439-JRG-RSP**
**Anonymous Media Research Holdings LLC v Samsung Electronics Co Ltd *et al***
September 25, 2025 at 8:30 AM

## Trial -- Day 4

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jason McManis | Plaintiff |
| Andrea Fair | Plaintiff |
| Warren McCarty | Plaintiff |
| Weining Bai | Plaintiff |
|  |  |
| Travis Underwood | Defendants |
| Robert Unikel | Defendants |
| Ariell Bratton | Defendants |
| Matthias Kamber | Defendants |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Christopher Otto | AMRH |
| Dr. Jonathan Steuer | AMRH |
| Jongsung Roh | Samsung |