IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANONYMOUS MEDIA RESEARCH HOLDINGS, LLC, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-cv-00439-JRG |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants.* | § § | |

**VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- "**Plaintiff**" or "**Anonymous Media**" refers to Plaintiff Anonymous Media Research Holdings, LLC.
- "**Defendants**" or "**Samsung**" refers to Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.
- The "**'848 Patent**" refers to U.S. Patent No. 10,719,848.
- The "**'911 Patent**" refers to U.S. Patent No. 10,963,911.
- The "**Asserted Patents**" refers collectively to the '848 Patent and the '911 Patent.
- The "**Asserted Claims**" refers collectively to Claims 1, 5, 9, and 13 of the '848 Patent; and Claim 1 of the '911 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

**QUESTION NO. 1:**

Did **Anonymous Media** prove by a preponderance of the evidence that **Samsung** infringed ANY of the following claims?

    Answer "Yes" or "No" for **EACH** of the Asserted Claims listed below.

**'848 Patent**:

    Claim 1: Yes: ✓ OR No: _____

    Claim 5: Yes: ✓ OR No: _____

    Claim 9: Yes: ✓ OR No: _____

    Claim 13: Yes: ✓ OR No: _____

**'911 Patent:**

    Claim 1: Yes: ✓ OR No: _____

**Only answer Question No. 2 for any claim that you found to be infringed in Question No. 1.**

## QUESTION NO. 2:

Did **Samsung** prove by clear and convincing evidence that ANY of the following claims are invalid?

Answer "Yes" or "No" for **EACH** of the Asserted Claims listed below.

**'848 Patent:**

    Claim 1:    Yes: _____    **OR**  No: ✓

    Claim 5:    Yes: _____    **OR**  No: ✓

    Claim 9:    Yes: _____    **OR**  No: ✓

    Claim 13:   Yes: _____    **OR**  No: ✓

**'911 Patent:**

    Claim 1:    Yes: _____    **OR**  No: ✓

**If you answered NO for each claim listed in Question No. 1 then DO NOT answer Question No. 3.**

**If you answered YES for each claim listed in Question No. 2, then DO NOT answer Question No. 3.**

**Answer Question No. 3 ONLY as to the Asserted Claims that you have found to be infringed (YES in Question No. 1) AND not invalid (NO in Question 2).**

**To be clear, only answer Question No. 3 if you found at least one claim to be both infringed ("Yes" as to that claim in Question No. 1) and not invalid ("No" as to that claim in Question No. 2).**

**QUESTION NO. 3A:**

What sum of money, if paid now in cash, do you find by a preponderance of the evidence would compensate Anonymous Media for Samsung's infringement which you have found?

Answer in United States Dollars and Cents, if any:

$ _78,512,999.00_

**QUESTION NO. 3B:**

Regarding the sum awarded above in Question 3A, what percentage of this sum relates to the '848 patent and what percentage relates to the '911 patent?

(Note: When added together these percentages must total 100%)

Answer below:

'848 patent: __52__ %

'911 patent: __48__ %

Total—**100%**

6

## **FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this ____26th____ day of September, 2025.


_____

Jury Foreperson