**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **ANONYMOUS MEDIA RESEARCH HOLDINGS, LLC** | § § § | |
| **v.** | § § | **Case No. 2:23-cv-00439-JRG-RSP** |
| **SAMSUNG ELECTRONICS CO., LTD.,** *et al* | § § § | |

**MINUTES FOR JURY TRIAL DAY NO. 5
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
September 26, 2025**

**OPEN:  8:23 AM**                                                **ADJOURN:  02:03 PM**

ATTORNEYS FOR PLAINTIFF:              See attached

ATTORNEYS FOR DEFENDANTS:         See attached.

LAW CLERKS:                                       Richard (Chipper) Adams
                                                              Hannah Keidan
                                                              Tariq Ausaf

COURT REPORTER:                             Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                       Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:23 AM | Court opened. |
| 08:26 AM | Exhibits used prior day read into the record. |
| 08:28 AM | Jury entered the courtroom. |
| 08:29 AM | Court proceeded to charge the Jury with final instructions. |
| 09:27 AM | Plaintiff's closing argument: Mr. McCarty. |
| 09:57 AM | Defendants' closing argument: Mr. Unikel. |
| 10:37 AM | Plaintiff's final closing argument: Mr. McManis. |
| 10:48 AM | Closing arguments concluded. |
| 10:48 AM | Court gave final instructions to the Jury. |
| 10:55 AM | Jury retired to jury room to deliberate. |
| 10:56 AM | Court recessed. |
| 01:53 PM | Court reconvened. |
| 01:53 PM | Court informed counsel of a Jury note received by the Court. |

2

| TIME | MINUTE ENTRY |
|------|--------------|
| 01:54 PM | Jury entered the courtroom. |
| 01:55 PM | Court announced the verdict into the record. |
| 01:58 PM | Jurors polled representing a unanimous verdict. |
| 02:03 PM | Jurors released and excused by the Court. |
| 02:03 PM | Court adjourned. |